UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JANE DOE,<br><br>　　　　　Plaintiff,<br>　v.<br><br>BLAKE RIAD-JAMES MASO,<br><br>　　　　　Defendant. | CASE NO. 2:23-cv-01620-TL<br><br>ORDER |

This matter is before the Court on Plaintiff's Motion to Compel Document Production. Dkt. No. 19. Plaintiff seeks production of documents from Defendant and other third parties in response to four Requests for Production related to Texas state records. *See id.* ¶¶ 2.1–2.2.

The Court understands Plaintiff's motion to be duplicative of her request for issuance of subpoenas (*see* Dkt. No. 20). In the motion, Plaintiff cites Federal Rule of Civil Procedure 45, which governs subpoenas (*see* Dkt. No. 19 ¶¶ 1.1, 1.4), and she seeks the same information from the same persons and entities in both requests (*compare id.* ¶ 2.1–2.2 *with* Dkt. No. 20 at 1).

ORDER - 1

The Clerk issued the requested subpoenas on November 29, 2023. Plaintiff is reminded to follow the requirements of Rule 45 for proper service and notice of those subpoenas.

Accordingly, Plaintiff's Motion to Compel Document Production (Dkt. No. 19) is STRICKEN as moot.

Dated this 29th day of November 2023.

Tana Lin
United States District Judge