UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JANE DOE,<br><br>     Plaintiff,<br> v.<br><br>BLAKE RIAD-JAMES MASO,<br><br>     Defendant. | CASE NO. 2:23-cv-01620-TL<br><br>ORDER |

  This matter is before the Court on Plaintiff's letter to the Clerk. Dkt. No. 36. Plaintiff requests that the Clerk re-issue summons using her "Jane Doe" pseudonym and send her two paper copies of all filings that require redaction. *Id.* at 1. In the last sentence, Plaintiff also asks the Court to order service by the U.S. Marshal "due to issues with service." *Id.*

  The Court will order re-issuance of summons using the "Jane Doe" pseudonym and sealing of the prior summons. However, Plaintiff was already provided a copy of all filings in this matter and should be able to comply with the Court's order for redactions. *See* Dkt. No. 31. Further, Plaintiff has not filed a proper motion with the Court regarding service by the U.S.

ORDER - 1

Marshal. Instead, Plaintiff has included the request as a single sentence at the end of a letter otherwise addressed to the Clerk. Plaintiff has already demonstrated that she knows how to file motions and to argue in support of those motions. She must do so here as well and detail the efforts she has made to serve Defendant as well as the reason(s) she believes service by the U.S. Marshal is appropriate in this case.

The Court further advises Plaintiff that requests to the Court (versus the Clerk) cannot be made as part of a letter to the Clerk's office. Future requests to the Court must be made in a separate and proper motion.

Accordingly, it is hereby ORDERED:

(1) Plaintiff's request for re-issuance of summons is GRANTED.

    a. The Clerk SHALL re-issue summons using Plaintiff's "Jane Doe" pseudonym.

    b. The Clerk SHALL also seal the prior summons (Dkt. No. 15).

(2) Plaintiff's request for additional paper copies of filings is DENIED.

(3) Plaintiff's request for service by the U.S. Marshal is DENIED.

This Order resolves Plaintiff's letter to the Clerk (Dkt. No. 36).

Dated this 24th day of January 2024.

Tana Lin
United States District Judge