UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JANE DOE,<br><br>    Plaintiff,<br><br> v.<br><br>BLAKE RIAD-JAMES MASO,<br><br>    Defendant. | CASE NO. 2:23-cv-01620-TL<br><br>MINUTE ORDER |

The following Minute Order is made at the direction of the Court, the Honorable Tana Lin, United States District Judge:

On December 18, 2023, the Court directed the Clerk to promptly mail a copy of all filings in this matter to Plaintiff for redactions. Dkt. No. 31. On February 7, 2024, the filings were returned to the Court as undeliverable due to lack of delivery authorization. Dkt. No. 39. The Clerk promptly re-sent the filings. *Id.*

Accordingly, to accommodate this delay in mailing, the Court hereby extends the deadline set in its Order of December 18, 2023, by which Plaintiff must file redacted pleadings. Dkt. No. 31. Plaintiff SHALL file redacted copies of all prior filings **by March 29, 2024**.

Dated this 15th day of February 2024.

                     Ravi Subramanian
                     Clerk of the Court

                     s/ Kadya Peter
                     Deputy Clerk