UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JANE DOE,<br><br>        Plaintiff,<br>    v.<br><br>BLAKE RIAD-JAMES MASO,<br><br>        Defendant. | CASE NO. 2:23-cv-01620-TL<br><br>ORDER TO SHOW CAUSE |

This matter is before the Court *sua sponte*. On October 19, 2023, Plaintiff Jane Doe filed an application to proceed *in forma pauperis* ("IFP") against Defendant Blake Riad-James Maso for damages and injunctive relief under various claims. Dkt. No. 1. On October 30, 2023, Plaintiff's IFP application was terminated because she paid the filing fee, and her complaint was filed on the docket. Dkt. No. 4.

Under Federal Rule of Civil Procedure 4(m), if a defendant is not properly served within 90 days after the complaint is filed, "the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service

ORDER TO SHOW CAUSE - 1

be made within a specified time." In addition, a plaintiff must follow Federal Rule of Civil Procedure 4(e) to complete proper service on an individual within a judicial district of the United States. Proof of proper service was due by no later than January 29, 2024. *See, e.g.*, *Levitz v. Quality Loan Serv. of Wash.*, No. C22-623, 2022 WL 6799553, at *1 n.1 (W.D. Wash. Sept. 15, 2022) ("In a case involving a plaintiff seeking to proceed IFP, this 90-day period begins when the IFP application is granted or the plaintiff otherwise pays the filing [ ] fee.").

While the Court acknowledges that Plaintiff is proceeding *pro se* (without an attorney), all litigants are required to comply with Court and procedural rules. To date, Plaintiff has provided no proof of service on Defendant.

Accordingly, Plaintiff is ORDERED to file proof of service or waiver, or to show cause why this matter should not be dismissed for failure to serve, **by March 29, 2024**.

Dated this 15th day of February 2024.

Tana Lin
United States District Judge