UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JANE DOE,<br><br>                    Plaintiff,<br>    v.<br><br>BLAKE RIAD-JAMES MASO,<br><br>                    Defendant. | CASE NO. 2:23-cv-01620-TL<br><br>ORDER ON RESPONSE TO ORDER TO SHOW CAUSE |

This matter is before the Court on Plaintiff's response to the Court's Order to Show Cause. Dkt. No. 42. In its prior Order, the Court noted that "Plaintiff has provided no proof of service on Defendant." Dkt. No. 41 at 2. The Court thus ordered Plaintiff to "file proof of service or waiver [of service], or to show cause why this matter should not be dismissed for failure to serve." *Id.*

Plaintiff now states that she "has already effected service on Defendant within 90 days of filing the original petition and issuance of the initial summons before the cause was restyled" to reflect the Court's grant of pseudonymity. Dkt. No. 42 at 1. However, the docket contains no

ORDER ON RESPONSE TO ORDER TO SHOW CAUSE - 1

proof of service, and Plaintiff's mere claim of service will not suffice as proof. Plaintiff must file evidence of timely and proper service under Federal Rule of Civil Procedure 4(e) or this matter will be dismissed.

Further, in her response, Plaintiff evinces a misunderstanding of the Court's prior Order. Plaintiff asks the Court to "begin the 90 day count to effect service on Defendant *once the redacted complaint is properly filed*." Dkt. No. 42 at 1 (emphasis added). Plaintiff also references the Court's minute order extending "the deadline for filing redacted filings." *Id.* But Plaintiff's deadline to file redacted versions of her previous pleadings (to vindicate the Court's grant of pseudonymity) is *not* relevant to the basic requirement that service be completed within 90 days after a complaint is filed. *See* Fed. R. Civ. P. 4(m). To accommodate this potential misunderstanding, the Court will give Plaintiff one final opportunity to file her proof.

Accordingly, Plaintiff is ORDERED to file proof of service or waiver **by April 30, 2024**.

Dated this 18th day of March 2024.

Tana Lin
United States District Judge