UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JANE DOE,<br><br>                     Plaintiff,<br><br>     v.<br><br>BLAKE RIAD-JAMES MASO,<br><br>                     Defendant. | CASE NO. 2:23-cv-01620-TL<br><br>ORDER ON REQUEST FOR FILINGS |

This matter is before the Court on Plaintiff's request for paper copies of all filings in this matter. Dkt. No. 71. Pursuant to this District's fee schedule,[1] paper copies of unsealed documents can be mailed upon request for $.50 per page (with an additional per document fee if the copies must be certified). For this matter, an uncertified copy of the docket sheet and all unsealed documents would, as of today, cost $155.50. Unless and until Plaintiff makes arrangements to pay the applicable copying fee, her request for paper copies is DENIED.

Dated this 31st day of July 2024.

Tana Lin
United States District Judge

---

[1] United States District Court for the Western District of Washington, Schedule of Fees, https://www.wawd.uscourts.gov/sites/wawd/files/FeeSchedule.pdf (revised Dec. 1, 2023).

ORDER ON REQUEST FOR FILINGS - 1